UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAMS,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID DAVEY, et al.,<br><br>        Defendants. | 1:17-cv-00300-DAD-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS ENTERED ON NOVEMBER 17, 2017<br>(ECF No. 11.)<br><br>ORDER DIRECTING CLERK TO FILE FIRST AMENDED COMPLAINT LODGED ON DECEMBER 4, 2017<br>(ECF No. 12.) |

      John Williams ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

      On November 17, 2017, the undersigned entered findings and recommendations to dismiss this action for failure to state a claim, based on Plaintiff's failure to file a First Amended Complaint within thirty days, pursuant to the court's order of October 3, 2017. (ECF No. 11.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. On December 4, 2017, Plaintiff lodged his First Amended Complaint. (ECF No. 12.)

      Plaintiff has not filed objections to the findings and recommendations or explained why his amended complaint is late. Nonetheless, the court shall accept the First Amended Complaint for filing and vacate the findings and recommendations.

Accordingly, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on November 17, 2017, are VACATED;
2. The Clerk is directed to FILE Plaintiff's First Amended Complaint, which was lodged on December 4, 2017;
3. Plaintiff's First Amended Complaint is deemed timely filed; and
4. The court shall screen the First Amended Complaint in due time.

IT IS SO ORDERED.

Dated: **December 7, 2017** **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE